■ In the Matter of JOSEPH A. GIORGI, Appellant, v MON-ROE COUNTY BOARD OF ELECTIONS, by M. BETSY RELIN et al., as Commissioners, Respondents. [606 NYS2d 1010] —Order unanimously affirmed without costs. Memorandum: The proceeding is jurisdictionally defective for failure to serve a necessary party *(see, Matter of Gadsen v Board of Elections,* 57 NY2d 751; *Matter of Wein v Molinari,* 51 NY2d 717). Further, the proceeding was not timely commenced *(see,* Election Law § 16-102 [2]; *Matter of Godzisz v Mohr,* 197 AD2d 839; *Matter of Ehle v Wallace,* 195 AD2d 1086, *lv denied* 82 NY2d 653). We reach these issues because respondent was entitled to raise them as alternative grounds for sustaining the order *(see, Town of Massena v Niagara Mohawk Power Corp.,* 45 NY2d 482, 488; *see also, Parochial Bus Sys. v Board of Educ.,* 60 NY2d 539, 544-546). In view of our determination, we need not

address the other issues raised on appeal. (Appeal from Order of Supreme Court, Monroe County, Siragusa, J.—Election Law.) Present—Callahan, J. P., Green, Pine, Davis and Boehm, JJ.